LAW OFFICES OF SIMON HARTER, ESQ.
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 – Phone
(212) 979-0251 – Fax
Attorneys for Plaintiff, Ardemar Marine Limited

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
ARDEMAR MARINE LIMITED,                :
                                       :
                        Plaintiff,     :      07-cv-6186 (MGC)
                                       :
        -against-                      :
                                       :
SCOTLINE INC.,                         :      **RULE 7.1 STATEMENT**
                                       :
                        Defendant.     :
-----------------------------------------------------------x

Plaintiff, ARDEMAR MARINE LIMITED, by and through undersigned counsel, Law Offices of Simon Harter, Esq., and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that its parent corporation is Arakel Services Limited, and that no other publicly-held corporation owns 10% or more of its stock.

Dated: July 2, 2007

                                      **LAW OFFICES OF SIMON HARTER, ESQ.**
                                      Attorneys for Plaintiff,
                                      ARDEMAR MARINE LIMITED

By: _____/s/ Simon Harter_____
              Simon Harter (SH-8540)
              304 Park Avenue South – 11th Floor
              New York, New York 10010
              (212) 979-0250 (Phone)
              (212) 979-0251 (Fax)