LAW OFFICES OF SIMON HARTER, ESQ.
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 – Phone
(212) 979-0251 – Fax
Attorneys for Plaintiff, Ardemar Marine Limited

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
ARDEMAR MARINE LIMITED,

          Plaintiff,

-against-

SCOTLINE INC.,

          Defendant.
------------------------------------------------------------x

**07-Civ-6186 (MGC)**

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)**

    Plaintiff, ARDEMAR MARINE LIMITED, by and through undersigned counsel, Law Offices of Simon Harter, Esq., hereby stipulates pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure to the voluntary dismissal of the above-entitled action.. With respect thereto, Plaintiff states that no answer or motion for summary judgment has been received by counsel for Plaintiff. Such dismissal is **without prejudice** and is not on the merits. There has been no prior dismissal in any court of the United States or of any state of an action based on or including the same claim as presented by Plaintiff in its Verified Complaint herein.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07

Dated:  New York, New York
        August 28, 2007

                                    LAW OFFICES OF SIMON HARTER, ESQ.
                                    Attorneys for Plaintiff, Ardemar Marine Limited

                            By:     _____/s/ Simon Harter_____
                                    Simon Harter (SH-8540)
                                    304 Park Avenue South – 11th Floor
                                    New York, New York 10010
                                    (212) 979-0250 (Phone)
                                    (212) 979-0251 (Fax)

The Clerk of the Court is directed to close this case.

Dated:  September 6, 2007

                                    **SO ORDERED:**

                                    S/ _____
                                                U.S.D.J.

- 2 -